Joseph Panvini (028359)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
jpanvini@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynde Saulpaugh, | ) Case No. 2:12-cv-02599-DGC |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Potts Law Offices, PLLC, as successor in interest to Potts & Waldron, P.C. and Waldron Law Group, PLLC, as successor in interest to Potts & Waldron, P.C., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 29th day of April, 2013.

        s/Joseph Panvini
        Joseph Panvini (028359)
        Weisberg & Meyers, LLC
        5025 North Central Ave., #602
        Phoenix, AZ 85012
        (602) 445-9819
        (866) 565-1327 facsimile
        j.panvini@AttorneysForConsumers.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2013, the foregoing document was filed with the Court using CM/ECF, which will send notification of such filing to:

Stan Hammerman
Holly Liebengood
Hammerman & Hultgren, P.C.
3101 N. Central Ave., Suite 500
Phoenix, AZ 85012
stan@hammerman-hultgren.com
holly@hammerman-hultgren.com

Mark W. Waldron
Waldron Law Group, PLLC
450 N. Dobson Rd., Suite 106
Mesa, AZ 85201
mark@thewaldronlawgroup.com

        s/Joseph Panvini
        Joseph Panvini